UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHRISTOPHER FENELUS,

           Plaintiff,

v.                              Case No. 3:12-cv-744-J-34TEM

OFFICER VARNES, et al.,

           Defendants.
_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Christopher Fenelus, an inmate of the Florida penal system who is proceeding pro se, initiated this action by filing an Affidavit of Indigency (Doc. #1), in which he provides a brief statement of the nature of the action:

> Defendants used conspiracy with fabricated disciplinary reports to retaliated [sic] against him for filing grievance and civil action against personnel who violated his 8 Amendment/Amendment 14 . . . with excessive force to murder plaintiff or jeopardize him in fear with excessive force.

Affidavit of Indigency (Doc. #1) at 1.  Plaintiff has not filed a civil rights complaint.  On the Affidavit of Indigency form, in the style of the case, Plaintiff names the following individuals as the Defendants: Officer David R. Varnes, Lieutenant Michael L. Brown, Sergeant Eric A. Jackson, and Officer Joshua D. Mosely.

This Court takes judicial notice of Plaintiff's previously-filed civil rights action (Case No. 3:10-cv-245-J-32JRK), in which he asserts that Defendants physically assaulted him on August 1, 2007. Since Plaintiff has neither filed a civil rights complaint in this action nor provided facts supporting his claim, it is unclear whether his assertions relate to those raised in Case No. 3:10-cv-245-J-32JRK. Therefore, this action will be dismissed without prejudice to Plaintiff's right to either initiate a new civil rights action by fully completing and filing the enclosed civil rights complaint form (to raise claims that are separate and unrelated to Case No. 3:10-cv-245-J-32JRK) or file an appropriate motion in Case No. 3:10-cv-245-J-32JRK, if he elects to do so.

The Clerk of the Court will be directed to send Plaintiff the proper forms for his use. Use of the forms will aid Plaintiff in properly submitting a civil rights action under 42 U.S.C. § 1983, if he elects to do so. The filing fee for a civil rights action is $350.00. Plaintiff may file an Affidavit of Indigency if he does not have adequate funds to pay the full filing fee.

Therefore, it is now

**ORDERED AND ADJUDGED:**

1. This case is hereby **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to refile on the proper forms.

2. The Clerk of Court shall enter judgment **dismissing this case without prejudice**.

2

3. The Clerk of Court shall close this case.

4. The Clerk of Court shall send a civil rights complaint form and an Affidavit of Indigency form to Plaintiff. If Plaintiff elects to refile, he may complete and submit the proper forms. Plaintiff should not place this case number on the forms. The Clerk will assign a separate case number if Plaintiff elects to refile his claims.

**DONE AND ORDERED** at Jacksonville, Florida, this 3rd day of July, 2012.

MARCIA MORALES HOWARD
United States District Judge

sc 6/29
c:
Christopher Fenelus